**DISMISS; and Opinion Filed March 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00829-CV

**ERIC WARD, Appellant**

**V.**

**RISHI VILLAGE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03427-E**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated September 3, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
130829F.P05                                              JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC WARD, Appellant

No. 05-13-00829-CV      V.

RISHI VILLAGE APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-03427-E.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RISHI VILLAGE APARTMENTS recover its costs of this appeal from appellant ERIC WARD.

Judgment entered this 26th day of March, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE